HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
Attorney at Law
P.O. Box 2696
Rocklin, CA 95677-9998
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chris@haydnlaw.com

Attorney for Defendant
TREVOR LICHNOCK-GEMBE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TREVOR LICHNOCK-GEMBE,<br><br>　　　　Defendant. | CASE NO. 2:16-cr-00147-MCE<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING<br><br>Date:　December 7, 2016<br>Time:　10:00 a.m.<br>Court: Hon. Morrison C. England, Jr. |

　　　With the Court's permission, Plaintiff United States of America, by and through its counsel, Assistant United States Attorney Michelle Rodriguez, and defendant Trevor Lichnock-Gembe, by and through his attorney of record, Christopher Haydn-Myer, hereby stipulate that the date for Judgment and Sentencing, currently set for December 7, 2016 at 10:00 a.m., be continued to January 19, 2017 at 10:00 a.m., and that the following schedule for disclosure of the Pre-Sentence Report and the filing of objections be adopted.

　　　U.S. Probation Officer Lynda Moore is in agreement with

- 1 -
Stipulation and Order Continuing Judgment and Sentencing
2:16-cr-00147-MCE

the new schedule and dates.

```
Judgment and Sentencing Date:           January 19, 2017

Reply or Statement of Non-Opposition:   January 12, 2017

Motion for Correction of the Presentence
Report shall be filed with the Court and
served on the Probation Officer and
opposing counsel no later than:         January 5, 2017

The Presentence Report shall be filed
with the Court and disclosed to counsel
no later than:                          December 29, 2016

Counsel's written objections to the
Presentence Report shall be delivered
to the Probation Officer and opposing
counsel no later than:                  December 22, 2016

The proposed Presentence Report shall
be disclosed to counsel no later than:  December 15, 2016
```

**IT IS SO STIPULATED.**

```
DATED: November 21, 2016      PHILLIP A. TALBERT
                              Acting United States Attorney


                              /s/ Christopher Haydn-Myer for
                              Michelle Rodriguez
                              Assistant United States Attorney
                              for Plaintiff United States



DATED: November 21, 2016      HAYDN-MYER LAW OFFICE

                              /s/ Christopher Haydn-Myer
                              Christopher Haydn-Myer
                              Attorney for Trevor Lichnock-Gembe
```

///

///

///

///

**ORDER**

The Judgment and Sentencing, currently set for December 7, 2016 at 10:00 a.m., is hereby continued to January 19, 2017, at 10:00 a.m., and that the following schedule for disclosure of the Pre-Sentence Report and the filing of objections be adopted.

| | |
|---|---|
| Judgment and Sentencing Date: | January 19, 2017 |
| Reply or Statement of Non-Opposition: | January 12, 2017 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 5, 2017 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | December 29, 2016 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 22, 2016 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | December 15, 2016 |

IT IS SO ORDERED.

Dated: December 7, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE