McGREGOR W. SCOTT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TREVOR KINTARO LICHNOCK-GEMBE,<br><br>Defendant. | CASE NO. 2:16-CR-00147-MCE<br><br>STIPULATION TO CONTINUE HEARING; ORDER<br><br>DATE: July 2, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
|---|---|

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter was last before the Honorable Kendall J. Newman of this Court on February 5, 2020 for an initial appearance concerning a Petition for Violation of Supervised Release filed on January 31, 2020.

2. At that hearing, the defendant waived a preliminary hearing and an admit/deny hearing was set before this Court for February 20, 2020. This Court then *sua sponte* rescheduled that admit/deny hearing for July 2, 2020 without objection from the government or defendant.

3. The parties now jointly request that the admit/deny hearing be continued in this matter until July 9, 2020 in order to give defense counsel additional time to meet and confer with defendant concerning the present Petition for Violation of Supervised Release.

4. Therefore, in accordance with the Court's General Order No. 618, which authorizes the continuance of all criminal matters in this District, the parties now stipulate and agree to continue the currently scheduled admit/deny hearing until July 9, 2020.

IT IS SO STIPULATED.

Dated:  June 26, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ AARON D. PENNEKAMP
AARON D. PENNEKAMP
Assistant United States Attorney

Dated:  June 26, 2020

/s/ TAMARA L. SOLOMAN
TAMARA L. SOLOMAN
Counsel for Defendant
TREVOR KINTARO
LICHNOCK-GEMBE

**ORDER**

IT IS SO ORDERED.

Dated:  June 29, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE