MCGREGOR W. SCOTT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TREVOR KINTARO LICHNOCK-GEMBE,<br><br>Defendant. | CASE NO. 2:16-CR-00147-MCE<br><br>STIPULATION TO CONTINUE HEARING; ORDER<br><br>DATE: July 23, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter was last before the Honorable Kendall J. Newman of this Court on February 5, 2020 for an initial appearance concerning a Petition for Violation of Supervised Release filed on January 31, 2020.

2. At that hearing, the defendant waived a preliminary hearing and an admit/deny hearing was set before this Court for February 20, 2020. This Court then *sua sponte* rescheduled that admit/deny hearing for July 2, 2020 without objection from the government or defendant. The parties later filed a stipulation continuing that rescheduled admit/deny hearing until July 23, 2020, in order to give the probation officer time to consider preparing a superseding violation petition alleging additional violation conduct.

3. The probation officer has informed the parties that she would like an additional two weeks to consider how to proceed in light of the defendant's newly alleged violation conduct. In light of that representation, the parties now jointly request that the admit/deny hearing be continued in this matter until August 6, 2020.

4. Therefore, in accordance with the Court's General Order No. 618, which authorizes the continuance of all criminal matters in this District, the parties now stipulate and agree to continue the currently scheduled admit/deny hearing until August 6, 2020.

IT IS SO STIPULATED.

Dated:  July 21, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ AARON D. PENNEKAMP
AARON D. PENNEKAMP
Assistant United States Attorney

Dated:  July 21, 2020

/s/ TAMARA L. SOLOMAN
TAMARA L. SOLOMAN
Counsel for Defendant
TREVOR KINTARO
LICHNOCK-GEMBE

**ORDER**

IT IS SO ORDERED.

Dated: July 28, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION CONTINUING HEARING

2