DEFENDANT: **TREVOR KINTARO LICHNOCK-GEMBE**  Page 1 of 3
CASE NUMBER: **2:16CR00147-1**

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**TREVOR KINTARO LICHNOCK-GEMBE** | Second **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>Criminal Number: **2:16CR00147-1**<br>Defendant's Attorney: Tamara Soloman, Appointed |
| Date of Original Judgment:   **November 09, 2023**<br>(Or Date of Last Amended Judgment) | |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s)   _1, 3, 5, 6, 7, 8_   as alleged in the violation petition filed on   _11/6/2024_   .

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___ .

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| 1 | NEW LAW VIOLATION | 9/4/2024 |
| 3 | FAILURE TO NOTIFY OF PROBATION OFFICER OF POLICE CONTACT | 9/1/2024, 9/7/2024 |
| 5 | UNLAWFUL USE OF A CONTROLLED SUBSTANCE | 8/6/2024 |
| 6 | FAILURE TO REPORT TO THE PROBATION OFFICE WITHING 72 HOURS | 7/22/2024 |
| 7 | FAILURE TO LIVE IN AN APPROVED RESIDENCE | 7/23/2024 |
| 8 | NEW LAW VIOLATION | 10/20/2024 |

The court:   [✓] revokes:   [ ] modifies:   [ ] continues under same conditions of supervision heretofore ordered on   _10/17/2023_   .

   The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓]   Charge(s)   _2 and 4_   are dismissed.

   **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

   It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

2/24/2025
Date of Imposition of Sentence

*Dale A. Drozd* (signature)

Signature of Judicial Officer
**Dale A. Drozd**, United States District Judge
Name & Title of Judicial Officer
3/3/2025
Date

AO 245B-CAED (Rev. 09/2019) Sheet 2 - Imprisonment

DEFENDANT: **TREVOR KINTARO LICHNOCK-GEMBE**  
CASE NUMBER: **2:16CR00147-1**

Page 2 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 14 months as to Counts 1, 3, 5, 6, 7, 8.

- [✓] No TSR to follow.

- [ ] The Court makes the following recommendations to the Bureau of Prisons:

- [✓] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district
    - [ ] at ___ on ___.
    - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    - [ ] before ___ on ___.
    - [ ] as notified by the United States Marshal.
    - [ ] as notified by the Probation or Pretrial Services Officer.
    
    If no such institution has been designated, to the United States Marshal for this district.

- [ ] Other, Please Specify:

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____  
United States Marshal

_____  
By Deputy United States Marshal